IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BOB WILKINS and
MARY WILKINS                                                        PLAINTIFFS

     v.     Civil No. 08-5146

PETERSON FARMS, INC. and
EVANS & EVANS, INC.                                                 DEFENDANTS

### **O R D E R**

Now on this 12th day of January, 2010, comes on for consideration the above-styled case.

**IT APPEARING** to the Court that the matter has been settled, counsel for all parties having so advised the Court, it is **ORDERED** that the case be, and it is hereby, **dismissed with prejudice**, subject to the terms of the settlement agreement.

If any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty days from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED.

                                            /S/JIMM LARRY HENDREN
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE